UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARLA ARMSTRONG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHEELS ASSURED DELIVERY SYSTEMS, INC., WHEELS ASSURED LOGISTICS, LLC, GARY GILES and CYNTHIA GILES,<br><br>Defendants. | Case No. 1:15-cv-00354-LJM-MJD |

**JOINT MOTION TO OBTAIN COURT APPROVAL OF FLSA SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE**

Defendants, Wheels Assured Delivery Systems, Inc., Wheels Assured Logistics, LLC, Gary Giles, and Cynthia Giles ("Defendants") and Plaintiff Marla Armstrong ("Armstrong" or "Plaintiff"), by and through their respective counsel, jointly move the Court to approve the settlement agreed to by the parties and submitted to chambers for *in camera* review and dismiss this action with prejudice. In support of this motion, the parties state as follows:

1. Armstrong filed a Complaint for Damages on February 27, 2015, against Defendants in the United States District Court, Southern District of Indiana, Indianapolis Division, Cause No. 1:15-cv-00354-LJM-MJD (hereinafter referred to as the "Federal Litigation") alleging among other things claims under the Fair Labor Standards Act ("FLSA") and Indiana's Minimum Wage Statute.

2. On May 15, 2015 Armstrong filed an Amended Complaint, removing her individual and collective claims under Indiana's Minimum Wage Statute and leaving only her FLSA claims at issue.

3. After arms-length negotiations and the exchange of substantive information, including written discovery, the parties herein have agreed to a compromise between them in order to avoid the expense, inconvenience, uncertainty and delay of further litigation.

4. When employees bring private action against their former employer for alleged back wages under the FLSA, and the parties present to the district court a proposed settlement, the district court may enter a stipulated judgment dismissing the case after scrutinizing the settlement to insure that it is a fair and reasonable resolution of a bona fide dispute over wages under the FLSA. *See Walton v. United Consumers Club, Inc.*, 786 F.2d 303, 306 (7th Cir. 1986); *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982).

5. Submitted herewith to chambers, for *in camera* review by the Court, is the Settlement Agreement entered into between Wheels Assured and Armstrong, as well as a draft Order Approving Settlement. The parties respectfully request that this Settlement Agreement not become part of the record in this case.

6. If the Court approves the Settlement Agreement, the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-referenced action with prejudice with both sides bearing their own attorneys' fees and costs incurred in the course of litigating this matter, except as otherwise outlined in the Settlement Agreement.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that this Court enter an Order approving the Settlement Agreement as a fair and reasonable resolution of bona fide disputes under the FLSA and dismissing this action with prejudice.

Respectfully submitted,

| | |
|---|---|
| */s/ Ronald E. Weldy* | */s/ Elizabeth M. Bolka* |
| Ronald E. Weldy | Christopher J. Eckhart |
| Attorney No.: 22571-49 | Attorney No.: 27823-49 |
| rweldy@bhclegal.com | ceckhart@scopelitis.com |
| Barker Hancock Cohron | Elizabeth M. Bolka |
| 198 South 9th Street | Attorney No.: 31898-03 |
| Noblesville, IN 46060 | ebolka@scopelitis.com |
| Phone: (317) 203-3000 | Scopelitis Garvin Light Hanson & Feary |
| Fax: (317) 991-1284 | 10 W. Market Street, Suite 1400 |
| | Indianapolis, IN 46204 |
| | Phone: (317) 637-1777 |
| | Fax: (317) 687-2414 |
| | |
| Attorney for Plaintiff | Attorneys for Defendants |

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 13, 2017, a copy of the foregoing **JOINT MOTION TO OBTAIN COURT APPROVAL OF FLSA SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and the parties may access this filing through the Court's system.

             */s/ Elizabeth M. Bolka*
             Elizabeth M. Bolka

4812-9463-9168, v. 1