UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARLA ARMSTRONG, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 1:15-cv-00354-LJM-MJD |
| WHEELS ASSURED DELIVERY SYSTEMS, INC., WHEELS ASSURED LOGISTICS, LLC, GARY GILES and CYNTHIA GILES, | ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER ON JOINT MOTION TO OBTAIN COURT APPROVAL
OF FLSA SETTLEMENT AND STIPULATION OF DISMISSAL**

On January 13, 2017, the parties filed their Joint Motion to Obtain Court Approval of FLSA Settlement and Stipulation of Dismissal With Prejudice. The parties' settlement of this case is approved and the court GRANTS the Motion for Approval of the FLSA Settlement. This action is hereby dismissed with prejudice. All pending motions, if any, are now denied as moot and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are vacated.

So ORDERED.

Dated: 1/18/2017

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF